(March 24, 1969)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE HUNT, Appellant.— Application for assignment of counsel for purpose of making application to a Judge of the Court of Appeals for permission to appeal denied. (See Rules of App. Div., 3d Dept., Duties of Counsel in Criminal Actions and Habeas Corpus Proceedings, rule 2, subd. B; 22 NYCRR 821.2 [b].) Gibson, P. J., Aulisi, Staley, Jr., Cooke and Greenblott, JJ., concur.

FOURTH DEPARTMENT, MARCH, 1969.

(March 27, 1969)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANNY LEE, Appellant.— Order unanimously reversed and matter remitted to Erie County Court for a hearing. Memorandum: Defendant's allegations that his plea of guilty was coerced by statements made to him by the trial court and the District Attorney that if he stood trial two codefendants were in court and would testify against him; that he would be convicted as charged and sentenced to a term of 10 years; and that if he pleaded guilty he would receive the same sentence as his two codefendants had received presented questions of fact requiring that a hearing be granted on his petition (*People* v. *Picciotti,* 4 N Y 2d 340; *People* v. *Amoroso,* 8 A D 2d 683; *People* v. *Gleason,* 18 A D 2d 959). (Appeal from order of Erie County Court denying, without a hearing, motion to vacate judgment of conviction for attempted burglary, third degree, rendered November 24, 1958.) Present — Goldman, P. J., Del Vecchio, Marsh, Bastow and Henry, JJ.